UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1940

DELORES HENDERSON,

Plaintiff - Appellant,

versus

COUNTY OF CUMBERLAND, operating through its
Local Mental Health Authority and the Mental
Health Center,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-01-708-5-BR)

Submitted:  March 25, 2003          Decided:  April 17, 2003

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey L. Starkweather, Pittsboro, North Carolina, for Appellant.
Douglas E. Canders, CUMBERLAND COUNTY ATTORNEY'S OFFICE,
Fayetteville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Delores Henderson appeals the district court's order denying her motion to amend the complaint, under Fed. R. Civ. P. 15(c), and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Henderson v. County of Cumberland, No. CA-01-708-5-BR (E.D.N.C. July 9, 2002). We decline to address Henderson's arguments on appeal regarding discovery and the doctrine of equitable estoppel. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for the first time on appeal will not be considered absent exceptional circumstances); Cavallo v. Star Enter., 100 F.3d 1150, 1152 n.2 (4th Cir. 1996) (noting that arguments raised for the first time in appellant's reply brief are not properly before the court). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED